UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 23-23576-CV-SINGHAL

XYZ CORPORATION,

Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS IDENTIFIED
ON SCHEDULE "A",

Defendants.
_____/

**NOTICE OF VOLUNTARY DISMISSAL AS TO CERTAIN DEFENDANTS ONLY**

PLEASE TAKE NOTICE, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and by undersigned counsel, Plaintiff hereby voluntarily dismisses without prejudice all claims against the following Defendants:

**Bright US** - (Defendant No. 1 on Schedule "A" to the Amended Complaint)

**SuperNight Store** (Defendant No. 2 on Schedule "A" to the Amended Complaint)

**NerveolDirect** – (Defendant No. 7 on Schedule "A" to the Amended Complaint)

**TorrensPark** (Defendant No. 8 on Schedule "A" to the Amended Complaint)

**henke** (Defendant No. 12 on Schedule "A" to the Amended Complaint)

**mingkunshangmaoxiaopu** (Defendant No. 16 on Schedule "A" to the Amended Complaint)

**Vergissm Direct** (Defendant No. 18 on Schedule "A" to the Amended Complaint)

**AIR PROPELLER** (Defendant No. 21 on Schedule "A" to the Amended Complaint)

**Cuckoo Bird** (Defendant No. 22 on Schedule "A" to the Amended Complaint)

**Wufachen** (Defendant No. 25 on Schedule "A" to the Amended Complaint)

**TheWonderfulWorld** (Defendant No. 29 on Schedule "A" to the Amended Complaint)

**Dong Outlets** (Defendant No. 38 on Schedule "A" to the Amended Complaint)

**BaiShi-US** (Defendant No. 40 on Schedule "A" to the Amended Complaint)

**Lcukjun** (Defendant No. 45 on Schedule "A" to the Amended Complaint)

**TUOYUU** (Defendant No. 46 on Schedule "A" to the Amended Complaint)

**SZBHTOP** (Defendant No. 48 on Schedule "A" to the Amended Complaint)

**DXAWXAW** (Defendant No. 50 on Schedule "A" to the Amended Complaint)

**Sietiero** (Defendant No. 56 on Schedule "A" to the Amended Complaint)

**Lipo Inc** (Defendant No. 60 on Schedule "A" to the Amended Complaint)

**SiROAD** (Defendant No. 63 on Schedule "A" to the Amended Complaint)

**BAOBEAR** (Defendant No. 66 on Schedule "A" to the Amended Complaint)

**XWF Store** (Defendant No. 71 on Schedule "A" to the Amended Complaint)

**Yiqian Network** (Defendant No. 73 on Schedule "A" to the Amended Complaint)

**Yefei-US** (Defendant No. 74 on Schedule "A" to the Amended Complaint)

**Segoru** (Defendant No. 103 on Schedule "A" to the Amended Complaint)

**JUANERJIE** (Defendant No. 105 on Schedule "A" to the Amended Complaint)

**DAY DAY UP YA** (Defendant No. 115 on Schedule "A" to the Amended Complaint)

**HEJULIK** (Defendant No. 123 on Schedule "A" to the Amended Complaint)

**HZ Technology Co.Ltd** (Defendant No. 124 on Schedule "A" to the Amended Complaint)

**NC Cargo company** (Defendant No. 127 on Schedule "A" to the Amended Complaint)

**girl-of-wonder** (Defendant No. 129 on Schedule "A" to the Amended Complaint)

**imadu_vishmitha** (Defendant No. 130 on Schedule "A" to the Amended Complaint)

**kakashihatake_96** (Defendant No. 132 on Schedule "A" to the Amended Complaint)

**lawnify** (Defendant No. 133 on Schedule "A" to the Amended Complaint)

**markenartikel360** (Defendant No. 134 on Schedule "A" to the Amended Complaint)

**nabiny_19** (Defendant No. 135 on Schedule "A" to the Amended Complaint)

**ofgu29** (Defendant No. 137 on Schedule "A" to the Amended Complaint)

**perfect_gadget_store** (Defendant No. 138 on Schedule "A" to the Amended Complaint)

**shamalmadu** (Defendant No. 140 on Schedule "A" to the Amended Complaint)

**tech_assault96** (Defendant No. 143 on Schedule "A" to the Amended Complaint)

Respectfully submitted on this 9th day of November 2023.

**LAW FIRM OF RUBIO & ASSOCIATES, P.A.**
Attorneys for Plaintiff
8950 SW 74 Ct., Suite 1804
Miami, Fl 33156
Telephone: (786) 220-2061
Facsimile: (786) 220-2062
Email: hrubio@rubiolegal.com
Email: frubio@rubiolegal.com
Email: info@rubiolegal.com

By:/s/ *Humberto Rubio*
Felipe Rubio, Esq.
Florida Bar No. 123059
Humberto Rubio, Jr., Esq.
Florida Bar No. 36433