UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 23-23576-CV-SINGHAL

XYZ CORPORATION,

Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS IDENTIFIED
ON SCHEDULE "A",

Defendants.
_____/

**NOTICE OF VOLUNTARY DISMISSAL AS TO CERTAIN DEFENDANTS ONLY**

PLEASE TAKE NOTICE, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and by undersigned counsel, Plaintiff hereby voluntarily dismisses without prejudice all claims against the following Defendants:

| Defendant No. in Schedule A | Defendant Name |
|---|---|
| 76 | Shop1102880357 Store |
| 77 | Forevergo Store |
| 78 | shoe decorchm Store |
| 79 | Westly Women Store |
| 80 | Children's L-ove Store |
| 81 | Fun and Lovely Store |
| 82 | CharmCulture Store |
| 83 | YuanXiangZhu NO.8 Shoe Store |
| 84 | Z-S Store |
| 85 | VN Lighting Store |
| 86 | Goosports Store |
| 87 | 1st Shoe Factory Store |
| 88 | Diyobon Light Store |
| 89 | Shoes-Charms Store |
| 90 | Footwear-Charms Store |
| 91 | Olga's shop Store |

1

| 92 | **Shop1102474059 Store** |
|---|---|
| 93 | **Bagkiki Store** |
| 94 | **KK Coffee Store** |

Respectfully submitted on this 16th day of January, 2024.

**LAW FIRM OF RUBIO & ASSOCIATES, P.A.**
Attorneys for Plaintiff
8950 SW 74 Ct., Suite 1804
Miami, Fl 33156
Telephone: (786) 220-2061
Facsimile: (786) 220-2062
Email: hrubio@rubiolegal.com
Email: frubio@rubiolegal.com
Email: info@rubiolegal.com

By:*/s/ Humberto Rubio*
Felipe Rubio, Esq.
Florida Bar No. 123059
Humberto Rubio, Jr., Esq.
Florida Bar No. 36433