UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-23576-CIV-SINGHAL

XYZ CORPORATION,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS IDENTIFIED
ON SCHEDULE "A,"

    Defendants.
_____/

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on the Notices of Voluntary Dismissal as to Certain Defendants Only (DE 24]; DE [25]; (DE [29]) filed by Plaintiff, XYZ Corporation:

1. Topoko (DOE 6)
2. Anzhinan (DOE 27)
3. Turui-US (DOE 43)
4. TIWISSES (DOE 65)
5. besz_sze_zwquibt (DOE 70)
6. Shop1102880357 Store (DOE 76)
7. Forevergo Store (DOE 77)
8. shoe decorchm Store (DOE 78)
9. Westly Women Store (DOE 79)
10. Children's L-ove Store (DOE 80)
11. Fun and Lovely Store (DOE 81)

12. CharmCulture Store (DOE 82)
13. YuanXiangZhu NO.8 Shoe Store (DOE 83)
14. Z-S Store (DOE 84)
15. VN Lighting Store (DOE 85)
16. Goosports Store (DOE 86)
17. 1st Shoe Factory Store (DOE 87)
18. Diyobon Light Store (DOE 88)
19. Shoes-Charms Store (DOE 89)
20. Footwear-Charms Store (DOE 90)
21. Olga's shop Store (DOE 91)
22. Shop1102474059 Store (DOE 92)
23. Bagkiki Store (DOE 93)
24. KK Coffee Store (DOE 94)
25. Super Mall C (DOE 102)
26. SiLianKe (DOE 109)
27. Playful Décor (DOE 111)

In light of Plaintiff's Notices of Voluntary Dismissal, it is hereby

**ORDERED AND ADJUDGED** that Defendants, Shop1102880357 Store, Forevergo Store, shoe decorchm Store, Westly Women Store, Children's L-ove Store, Fun and Lovely Store, CharmCulture Store, YuanXiangZhu NO.8 Shoe Store, Z-S Store, VN Lighting Store, Goosports Store, 1st Shoe Factory Store, Diyobon Light Store, Shoes-Charms Store, Footwear-Charms Store, Olga's shop Store, Shop1102474059 Store, Bagkiki Store, and KK Coffee Storebe be **DISMISSED WITHOUT PREJUDICE**.

Defendants Topoko, Anzhinan, Turui-US, TIWISSES, besz_sze_zwquibt, Super Mall C, SiLianKe, and Playful Décor are dismissed **WITH PREJUDICE.** Each party shall bear its own attorney's fees and costs.

It is further **ORDERED** that with each future notice of voluntary dismissal, Plaintiff emails Singhal@flsd.uscourts.gov with a proposed order granting the dismissal in Arial font size 12. Plaintiff is to use this order as a template for that order.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 30th day of January, 2024.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies to counsel via CM/ECF