**UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 23-23576-CV-SINGHAL**

XYZ CORPORATION,

Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS IDENTIFIED
ON SCHEDULE "A",

Defendants.

_____/

## [proposed] ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on the Notices of Voluntary Dismissal as to

Certain Defendants Only, (DE 37), filed by Plaintiff, XYZ Corporation:

1. J-Three (DOE 3)

2. Inkeltech (DOE 59)

3. xiaogaistore (DOE 42)

4. phenomenres (DOE 58)

5. Shardnn (DOE 54)

6. Xuanzhuo Department (DOE 95)

7. Thooke (DOE 9)

8. UMIUS (DOE 20)

9. Argent Directe (DOE 53)

10. MuR-Fun (DOE 70)

In light of Plaintiff's Notices of Voluntary Dismissal, it is hereby,

**ORDERED AND ADJUDGED** that Defendants, J-Three Store, Inkeltech Store, xiaogaistore Store, phenomenres Store, Shardnn Store, Xuanzhuo Department Store, Thooke Store, UMIUS Store, Argent Directe Store and MuR-Fun Store be **DISMISSED WITH PREJUDICE.**

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this _____ day of March ___, 2024.

_____
Judge Raag Singhal
United States District Court Judge

cc: Copies to counsel via CM/ECF

2